RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtors



**Order Filed on April 22, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Lavern M. Duncan Johnson | : | CASE NO. 17-13390 |
| | : | The Honorable Rosemary Gambardella |
| Debtors | : | Hearing Date: April 17, 2019 at 10:00 AM |

---

**ORDER GRANTING DEBTOR'S MOTION OBJECTING TO CLAIM NO. 4-1
FILED BY BANK OF AMERICA**

---

     The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

**DATED: April 22, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

.

Page 2
Debtor: Lavern M. Duncan Johnson
Case No. 17-13390-RG
Caption: ORDER RESPECTING DEBTOR'S MOTION OBJECTING TO CLAIM NO. 4-1 FILED BY BANK OF AMERICA

_____

Upon the Notice of Objection to Claim No. 4-1 filed by Russell L. Low, Esq., attorney for the debtor Lavern M. Duncan Johnson for an Order Respecting Debtor's Objection to the Claim filed by Bank of America and for cause shown,

**ORDERED** that claim 4-1 filed by Secured Creditor, Bank of America must be amended to reflect the $0.00 pre-petition escrow shortage and deficiency as indicated in the Debtor's Objection.

**ORDERED** that claim 4-1 must be amended to reflect solely the Principal and Interest due and prepetition fees due.

**FURTHER ORDERED** that the Secured Creditor, Bank of America must file the Amended Proof of Claim, 4-1 within 30 days of entry of this Order.