Order Filed on September 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-2 (c) <br><br> Russell L. Low, Esq. – RLL 4745 <br> Low & Low, LLC <br> 505 Main Street, Suite 304 <br> Hackensack, NJ 07501 <br> 201-343-4040 <br> Attorneys for Debtor | |
| In Re: <br><br> LAVERN M. DUNCAN-JOHNSON <br><br> Debtor(s) | Case No. 17-13390 <br><br> Chapter 13 <br><br> Judge:  The Honorable Rosemary Gambardella |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 14, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC,** the applicant, is allowed a fee of $800.00 for services rendered and expenses in the amount of $0.00 for a total of $800.00.  The allowance is payable:

_X_     through the Chapter 13 plan as an administrative priority.

___     outside the plan.

The debtor's monthly plan is modified to require a payment of $265.96 per month for 18 months starting September 1, 2020 to allow for payment of the above fee.