| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on April 21, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    LAVERN M. DUNCAN-JOHNSON | Case No.:  17-13390 RG<br><br>Hearing Date:  4/21/2021 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 21, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): LAVERN M. DUNCAN-JOHNSON

Case No.: 17-13390

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 04/21/2021 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $267.91 to the Trustee's office by 4/30/2021 or the case will be dismissed.

| |
|---|
| **UNITED STATES BANKRUPTCY COURT** |
| **DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg, MAG-1284** |
| **Marie-Ann Greenberg, Standing Trustee** |
| **30 TWO BRIDGES ROAD** |
| **SUITE 330** |
| **FAIRFIELD, NJ  07004-1550** |
| **973-227-2840** |
| **Chapter 13 Standing Trustee** |

IN RE:

    LAVERN M. DUNCAN-JOHNSON

Case No.:  17-13390 RG

Hearing Date:  4/21/2021

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Debtor(s): LAVERN M. DUNCAN-JOHNSON

Case No.: 17-13390

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 04/21/2021 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $267.91 to the Trustee's office by 4/30/2021or the case will be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:  
Lavern M. Duncan-Johnson  
    Debtor

Case No. 17-13390-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1  
Date Rcvd: Apr 23, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lavern M. Duncan-Johnson, 78 Maplewood Avenue, Clifton, NJ 07013-1036 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 25, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Lavern M. Duncan-Johnson ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5