Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MARCH 4, 2022

**Chapter 13 Case # 17-13390**

Re:  LAVERN M. DUNCAN-JOHNSON  
78 MAPLEWOOD AVENUE  
CLIFTON, NJ  07013

Atty:  RUSSELL L LOW ESQ  
LOW & LOW ESQS  
505 MAIN STREET, SUITE 304  
HACKENSACK, NJ  07601

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $11,061.00**

## RECEIPTS  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/04/2017 | $150.00 | 17528393764 | 04/25/2017 | $150.00 | 17528393867 |
| 05/22/2017 | $150.00 | 17561651649 | 07/05/2017 | $150.00 | 17561651837 |
| 08/04/2017 | $150.00 | 17561651954 | 09/05/2017 | $150.00 | 17624205230 |
| 11/21/2017 | $300.00 | 17624205464 | 12/06/2017 | $150.00 | 17624205514 |
| 01/03/2018 | $150.00 | 17624205579 | 01/25/2018 | $150.00 | 17696314451 |
| 02/21/2018 | $150.00 | 17696314560 | 03/19/2018 | $150.00 | 1593083997 |
| 05/03/2018 | $150.00 | 1593085104 | 06/12/2018 | $150.00 | 17760994131 |
| 07/11/2018 | $150.00 | 1593089028 | 07/23/2018 | $150.00 | 17760994290 |
| 08/21/2018 | $150.00 | 1632017979 | 10/01/2018 | $150.00 | 17806230907 |
| 10/30/2018 | $150.00 | 1632022236 | 12/04/2018 | $150.00 | 1632024261 |
| 01/22/2019 | $150.00 | 1649901276 | 01/23/2019 | $150.00 | 17869469259 |
| 03/14/2019 | $150.00 | 17869469443 | 04/02/2019 | $150.00 | 17869469551 |
| 04/30/2019 | $150.00 | 17960383274 | 05/23/2019 | $150.00 | 17960383387 |
| 07/05/2019 | $150.00 | 17960383564 | 08/14/2019 | $150.00 | 17981176892 |
| 08/27/2019 | $150.00 | 17981176953 | 10/07/2019 | $300.00 | 17981177106 |
| 11/27/2019 | $150.00 | 19037495698 | 01/24/2020 | $300.00 | 19040193586 |
| 04/20/2020 | $300.00 | 1712825289 | 07/07/2020 | $300.00 | 19116219286 |
| 08/26/2020 | $424.00 | 19132422068 | 10/14/2020 | $531.92 | 108772166734 |
| 12/01/2020 | $265.95 | 1747458243 | 01/12/2021 | $265.95 | 1747459476 |
| 02/01/2021 | $265.00 | 1747460601 | 03/29/2021 | $265.95 | 1769668281 |
| 03/30/2021 | $265.00 | 1769669307 | 05/04/2021 | $268.00 | 1769670792 |
| 06/29/2021 | $265.95 | 1769671845 | 07/07/2021 | $265.95 | 1769672952 |
| 08/10/2021 | $265.95 | 1769673942 | 09/08/2021 | $265.95 | 1769674959 |
| 11/16/2021 | $265.95 | 1769676696 | 12/01/2021 | $265.95 | 1769675724 |
| 12/13/2021 | $31.90 | 1805741109 | 12/13/2021 | $500.00 | 1805741091 |
| 02/14/2022 | $265.95 | 1805742909 | 02/14/2022 | $265.95 | 1805743017 |

**Total Receipts: $11,061.27  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $11,061.27**

# CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 661.02 | |
| ATTY | ATTORNEY | ADMIN | 3,450.00 | 100.00% | 3,450.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ADT SECURITY SYSTEMS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMCA | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CARRINGTON MORTGAGE SERVICES LLC | MORTGAGE ARR | 5,265.68 | 100.00% | 5,265.68 | |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 10,794.57 | * | 10.92 | |
| 0006 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | CENTER FOR VEIN RESTORATION | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | DISCOVER BANK | UNSECURED | 2,662.17 | * | 0.00 | |
| 0010 | ERC | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CAPITAL ONE NA | UNSECURED | 2,450.23 | * | 0.00 | |
| 0012 | NEW JERSEY HEALTHCARE SPECIALISTS | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,104.97 | * | 0.00 | |
| 0015 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,399.85 | * | 0.00 | |
| 0016 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,030.63 | * | 0.00 | |
| 0017 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 1,156.44 | 100.00% | 1,156.44 | |
| 0019 | WELLS FARGO HOME PROJECTS VISA | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | |
| 0021 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | LVNV FUNDING LLC | UNSECURED | 1,324.14 | * | 0.00 | |
| 0023 | CITI | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | SEARS/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | CENTER FOR VEIN RESTORATION | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | SUMMIT OBGYN | UNSECURED | 796.12 | * | 0.00 | |

**Total Paid: $10,544.06**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CARRINGTON MORTGAGE SERVICES LLC | | | | | | |
| | 10/21/2019 | $1,446.20 | 835294 | 11/18/2019 | $225.80 | 837384 |
| | 12/16/2019 | $112.90 | 839325 | 02/10/2020 | $225.81 | 843074 |
| | 05/18/2020 | $214.37 | 848829 | 08/17/2020 | $220.33 | 854174 |
| | 11/16/2020 | $66.88 | 859671 | 12/21/2020 | $195.32 | 861489 |
| | 02/22/2021 | $389.93 | 864955 | 04/19/2021 | $389.93 | 868489 |
| | 06/21/2021 | $200.02 | 872197 | 07/19/2021 | $198.48 | 873995 |
| | 08/16/2021 | $198.48 | 875676 | 09/20/2021 | $198.48 | 877407 |
| | 10/18/2021 | $198.49 | 879188 | 12/13/2021 | $200.60 | 882528 |
| | 01/10/2022 | $583.66 | 884183 | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 01/10/2022 | $10.92 | 8002633 | | | |

**Chapter 13 Case # 17-13390**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| TOYOTA MOTOR CREDIT CORPORATION | | | | | | | |
| | 11/19/2018 | $19.16 | 814673 | | 01/14/2019 | $14.51 | 818507 |
| | 02/11/2019 | $29.02 | 820417 | | 04/15/2019 | $14.51 | 824433 |
| | 05/20/2019 | $29.02 | 826481 | | 06/17/2019 | $14.77 | 828388 |
| | 08/19/2019 | $14.77 | 832313 | | 09/16/2019 | $29.54 | 834253 |
| | 11/18/2019 | $58.60 | 838369 | | 12/16/2019 | $29.30 | 840243 |
| | 02/10/2020 | $58.59 | 844002 | | 05/18/2020 | $55.63 | 849680 |
| | 08/17/2020 | $57.17 | 855050 | | 11/16/2020 | $17.35 | 860534 |
| | 12/21/2020 | $50.68 | 862428 | | 02/22/2021 | $101.19 | 865960 |
| | 04/19/2021 | $101.19 | 869454 | | 06/21/2021 | $51.90 | 873107 |
| | 07/19/2021 | $51.51 | 874823 | | 08/16/2021 | $51.51 | 876539 |
| | 09/20/2021 | $51.51 | 878322 | | 10/18/2021 | $51.50 | 880052 |
| | 12/13/2021 | $52.05 | 883370 | | 01/10/2022 | $151.46 | 885013 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: March 04, 2022.

Receipts: $11,061.27   -   Paid to Claims: $6,433.04   -   Admin Costs Paid: $4,111.02   =   Funds on Hand: $517.21

Base Plan Amount: $11,061.00   -   Receipts: $11,061.27   =   Total Unpaid Balance: **($0.27)

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.