| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Lavern M. Duncan–Johnson <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2538 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–13390–RG | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lavern M. Duncan–Johnson

4/5/22

**By the court:** Rosemary Gambardella
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-13390-RG
Lavern M. Duncan-Johnson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3
Date Rcvd: Apr 05, 2022     Form ID: 3180W     Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lavern M. Duncan-Johnson, 78 Maplewood Avenue, Clifton, NJ 07013-1036 |
| aty | | Dean Prober, 20750 Ventura Blvd., Suite 100, PO Box 4365, Woodland Hills, CA 91365-4365 |
| 518566636 | + | A.A. Action Collection Co., Inc., 29 Columbia Turnpike, Florham Park, NJ 07932-2240 |
| 516659100 | + | Center for Vein Restoration, 7474 Greenway Center Drive, Suite 1000, Greenbelt, MD 20770-3500 |
| 516953372 | + | James Bender, Esq., Re: Summit OBGYN, 29 Columbia Tpke Ste 302, Florham Park, NJ 07932-2240 |
| 516659109 | ++ | NEW JERSEY HEALTHCARE SPECIALISTS, PO BOX 412138, BOSTON MA 02241-2138 address filed with court:, New Jersey Healthcare Specialists, PC, P.O Box 419378, Boston, MA 02241 |
| 516659107 | + | Orville Johnson, 78 Maplewood Ave., Clifton, NJ 07013-1036 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 05 2022 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 05 2022 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Apr 06 2022 00:33:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 516659095 | | Email/Text: amscbankruptcy@adt.com | Apr 05 2022 20:34:00 | ADT Security Systems, Inc., 3190 South Vaughn Way, Suite 150, Aurora, CO 80014-3537 |
| 516659096 | + | EDI: RMCB.COM | Apr 06 2022 00:33:00 | AMCA, 2269 S SAW MILL, ELMSFORD, NY 10523-3832 |
| 516659097 | + | EDI: ARSN.COM | Apr 06 2022 00:33:00 | ARS National Services Inc., P.O Box 469100, Escondido, CA 92046-9100 |
| 516659098 | + | EDI: BANKAMER.COM | Apr 06 2022 00:33:00 | BANK OF AMERICA, NC4-105-03-14, PO BOX 26012, GREENSBORO, NC 27420-6012 |
| 518496373 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 05 2022 20:33:00 | Bank of America, N.A, c/o Carrington Mortgage Services, LLC, 1600 South Douglas Road, Anaheim, CA 92806-5948 |
| 516807868 | | EDI: WFFC.COM | Apr 06 2022 00:33:00 | Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 |
| 516659099 | | EDI: CAPITALONE.COM | Apr 06 2022 00:33:00 | CAPITAL ONE BANK USA N, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 516659103 | + | EDI: CITICORP.COM | Apr 06 2022 00:33:00 | CITI, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 516867602 | | Email/PDF: bncnotices@becket-lee.com | Apr 05 2022 20:44:01 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 17-13390-RG   Doc 101   Filed 04/07/22   Entered 04/08/22 00:10:55   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 05, 2022 | Form ID: 3180W | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517124317 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 05 2022 20:33:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 517124318 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 05 2022 20:33:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 516659105 | + | EDI: DISCOVER.COM | Apr 06 2022 00:33:00 | DISCOVER FIN SVCS LLC, PO BOX 15316, WILMINGTON, DE 19850-5316 |
| 516673914 | | EDI: DISCOVER.COM | Apr 06 2022 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516659106 | + | Email/Text: bknotice@ercbpo.com | Apr 05 2022 20:33:00 | ERC, 8014 BAYBERRY RD, JACKSONVILLE, FL 32256-7412 |
| 516659101 | | EDI: JPMORGANCHASE | Apr 06 2022 00:33:00 | CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 516659108 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 05 2022 20:33:00 | KOHLS/CAPONE, N56 W 17000 RIDGEWOOD DR, MENOMONEE FALLS, WI 53051-7096 |
| 516781732 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 05 2022 20:43:45 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516902235 | | EDI: PRA.COM | Apr 06 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516902223 | | EDI: PRA.COM | Apr 06 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Radioshack, POB 41067, Norfolk VA 23541 |
| 516902330 | | EDI: PRA.COM | Apr 06 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Sears Charge Plus, POB 41067, Norfolk VA 23541 |
| 516902225 | | EDI: PRA.COM | Apr 06 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516659111 | + | EDI: CITICORP.COM | Apr 06 2022 00:33:00 | RSHK/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 516659112 | + | EDI: CITICORP.COM | Apr 06 2022 00:33:00 | SEARS/CBNA, PO BOX 6282, SIOUX FALLS, SD 57117-6282 |
| 516682948 | + | EDI: RMSC.COM | Apr 06 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516659114 | + | EDI: CITICORP.COM | Apr 06 2022 00:33:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 516659115 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 05 2022 20:33:00 | TOYOTA MOTOR CREDIT, 4 GATEHALL DR STE 350, PARSIPPANY, NJ 07054 |
| 516735878 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 05 2022 20:33:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516659116 | + | EDI: WFFC.COM | Apr 06 2022 00:33:00 | WELLS FARGO HOME PROJECTS VISA, WRITTEN CORRESPONDENCE RESOLUTIONS, MAC#X2302-04C PO BOX 10335, DES MOINES, IA 50306-0335 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516659104 | *+ | CITI, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |

Case 17-13390-RG    Doc 101    Filed 04/07/22    Entered 04/08/22 00:10:55    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 05, 2022 | Form ID: 3180W | Total Noticed: 38 |

| 516953371 | *+ | Center for Vein Restoration, 7474 Greenway Center Drive, Suite 1000, Greenbelt, MD 20770-3500 |
| 516659102 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 516659110 | *+ | Orville Johnson, 78 Maplewood Ave., Clifton, NJ 07013-1036 |
| 516659113 | *+ | SEARS/CBNA, PO BOX 6282, SIOUX FALLS, SD 57117-6282 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Apr 07, 2022 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor Carrington Mortgage Services LLC as servicer for Bank of America N.A. mcozzini@sternlav.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Lavern M. Duncan-Johnson ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7